UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>        v.<br><br>MICHAEL LUIS IBARRA,<br><br>                  Defendant. | Case No. 2:21-CR-0173-TOR<br><br>Order Granting Government's Motion for a Protective Order re: Discovery |

     BEFORE THE COURT is the government's Motion for a Protective Order re: Discovery. ECF No. 28. The motion was submitted for hearing without oral argument. Having reviewed the record and the files therein, the Court is fully informed. For good cause shown, the motion is granted.

     ACCORDINGLY, IT IS HEREBY ORDERED that:

     1.    The Government's Motion for a Protective Order, ECF No. 28, is GRANTED.

     2.    The Government will provide discovery materials on an on-going basis to defense counsel;

     3.    Defense counsel may show to, and discuss with the Defendant, all discovery materials;

     4.    Defense counsel shall not provide original or copies of any discovery materials to the Defendant;

Order Granting Government's Motion for a Protective Order - 1

5. Discovery materials may not be left in the Defendant's custody;

6. Defense counsel may possess, but not copy (excluding the production of necessary working copies), all discovery materials;

7. Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the Protective Order;

8. The Government, defense counsel, and witnesses may reference the existence and content of discovery material in open and closed court proceedings relevant to Case No. 2:21-CR-0173-TOR; provided however, any written reference to the content of the discovery material – *i.e.*, website names and identification information, usernames, and any reference to how the Defendant, his online profile, or his IP address was identified – shall be filed under seal.

IT IS SO ORDERED. The Clerk shall enter this Order and furnish copies to counsel.

Dated December 22, 2021.



THOMAS O. RICE
United States District Judge

Order Granting Government's Motion for a Protective Order - 2